UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **LATANYA BLEVINS** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-23481 |
| | ) |
| **EQUIFAX INFORMATION SERVICES, LLC** | ) |
| Defendant. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this Notice of Supplemental Authority in support of Plaintiff's opposition to Defendant's Judgment on the Pleadings.

On November 18, 2025, the United States District Court for the Southern District of Florida issued an Order in Amber Maude v. Equifax Information Services LLC, Case No. 25-cv-61421-VALLE, denying Equifax's Rule 12(b)(6) motion to dismiss a claim brought under 15 U.S.C. § 1681g(a)(1). A copy of the Order is attached.

The Maude decision is directly relevant here:

1. The court held that a consumer states a plausible §1681g(a)(1) claim by alleging that Equifax failed to clearly and accurately disclose all information in the consumer's file, including account-level information such as "full account numbers, account information, and payment history." (Order at 2, 5–7).

2. The court rejected Equifax's argument that §1681g only applies to information affecting creditworthiness. Instead, the court held that §1681g requires disclosure of everything in the consumer's file, as defined by §1681a(g), and that the term "file" is broader than a "consumer report." (Order at 5–7).

1

3. The court emphasized that a §1681g claim is valid where the complaint alleges that Equifax possessed information in its systems and reported that information to third parties but failed to disclose it to the consumer. (Order at 6–7).

This authority supports Plaintiff's position because Plaintiff similarly alleges that Defendant retained and furnished full account numbers and original creditor information associated with the accounts at issue, yet failed to disclose that information in Plaintiff's consumer file disclosure. As Maude confirms, such omissions state a plausible claim under 15 U.S.C. §1681g(a)(1).

Date: December 19, 2025

Respectfully submitted by:

/s/Cortney Walters
Cortney Walters, Esq.
Florida Bar No. 125159
pleadings@cewlawoffice.com
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 19, 2025, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF and that the participants in the case who are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/Cortney Walters
Cortney Walters, Esq.