## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

LATANYA BLEVINS )
      Plaintiff, )
       ) Case No. 1:25-cv-23481
v. )
EQUIFAX INFORMATION SERVICES, )
LLC )
      Defendant, )

---

## JOINT STIPULATION OF DISMISSAL

---

Plaintiff, Latanya Blevins and Defendant, Equifax Information Services, LLC by and through their undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby submit this Stipulation of Dismissal with Prejudice in the above-styled action and stipulate to the dismissal of this case. Accordingly, each party shall bear their own attorney's fees and costs.

Dated: April 19, 2026

/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq
**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
Florida Bar no. 125159
Pleadings@cewlawoffice.com
(954) 874-8022

SEYFARTH SHAW LLP

By: */s/ Paige Vacante*
Paige Vacante, Bar No. 1019135
pvacante@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*